# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL HEARD,** individually                                          **PLAINTIFFS**
and as next friend to H.H., a minor, *et al.*

v.                              CASE NO. 4:25-CV-01149-BSM

**FAULKNER COUNTY,** *et al.*                                             **DEFENDANTS**

## ORDER

Michael Heard filed this *pro se* civil rights action, sought leave to proceed *in forma pauperis*, moved for a preliminary injunction, and requested the appointment of counsel. [Doc. Nos. 1–3, 5]. The motions [Doc. Nos. 1, 3, and 5] are denied, and Heard is ordered to amend his complaint.

It appears Heard's claims arise from truancy proceedings in Faulkner County. Doc. Nos. 2–3. He contends that he was denied due process when he was not properly informed of those proceedings and seeks to enjoin the Conway School District from refusing to accept parent notes as excuses. Doc. No. 3. at 2.

First, Heard is suing on behalf of H.H., a minor, and the complaint also names Haven Hernandez as a plaintiff. Heard has no authority to represent either H.H. or Hernandez. *See Jones ex rel. Jones v. Correctional Medical Services*, 401 F.3d 950, 952 (8th Cir. 2005) (this would constitute the unauthorized practice of law); *Crozier v. Westside Cmty. Sch. Dist.*, 973 F.3d 882, 887 (8th Cir. 2020) (per curiam) (a parent cannot litigate on behalf of his child).

Second, Heard is the only plaintiff to request *in forma pauperis* status and to sign the complaint. If Hernandez wants to join this lawsuit, she must file her own motion to proceed

*in forma pauperis* and the complaint must be amended and bear Hernandez's signature. The amended complaint must plainly state Heard's and Hernandez's individual claims. Heard's allegations in the amended complaint will be screened.

Third, the motion for preliminary injunction [Doc. No. 3] is denied because Heard has failed to demonstrate that he is in danger of irreparable harm by the Conway School District's refusal to accept parental excuse notes.

Fourth, Heard's motion to appoint counsel [Doc. No. 5] is denied without prejudice because civil litigants are not entitled to appointed counsel. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

Heard and Hernandez have thirty days to amend the complaint. The clerk is directed to send both Heard and Hernandez a free-world motion to proceed *in forma pauperis* and a blank 42 U.S.C. § 1983 complaint. Should Heard and Hernandez choose to proceed, their amended complaint and motions to proceed *in forma puaperis* are due no later than Friday, December 5, 2025.

IT IS SO ORDERED this 5th day of November, 2025.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE