IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL HEARD,** individually **PLAINTIFFS**
and as next friend to H.H., a minor, *et al.*

v.   CASE NO. 4:25-CV-01149-BSM

**FAULKNER COUNTY,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE